1234

No. 02–1063.  BRADY *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 02–1072.  KOCH *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. Fed. Cir.  Certiorari denied.

No. 02–1077.  HARDING *v.* HARDING.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–1083.  KHAN *v.* WHITE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–1115.  PORTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–1119.  YOUNG *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–1148.  BRECKENRIDGE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–7150.  HUNT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–7182.  JOHNSON *v.* SMART & FINAL STORES CORP.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–7464.  LANZOTTI *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 02–7510.  BANDY *v.* SPRINT MID-ATLANTIC TELECOM, INC. C. A. 4th Cir.  Certiorari denied.

No. 02–7635.  CAHN *v.* UNITED STATES ET AL.  C. A. 3d Cir. Certiorari denied.

No. 02–7657.  LEWIS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–7722.  MINDOMBE *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.